Query    Reports    Utilities    Help    What's New    Log Out

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:23-cr-00467-1

Case title: USA v. Stewart, Jr.

Other court case number: 4:23CR116 Northern District of Mississippi

Date Filed: 08/29/2023

Date Terminated: 08/31/2023

Assigned to: Honorable Young B. Kim

**Defendant (1)**

**Derrick Stewart, Jr.**
*TERMINATED: 08/31/2023*

represented by **Daniel Patrick McLaughlin**
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago, IL 60603
312 621 8350
Email: daniel_mclaughlin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:3146.F FAILURE TO APPEAR

**Disposition**

**Plaintiff**

**USA**                    represented by    **Maureen McCurry**
                                            United States Attorney's Office
                                            219 South Dearborn Street
                                            Chicago, IL 60604
                                            312-353-5300
                                            Email: maureen.mccurry@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            Designation: Assistant US Attorney

                                            **AUSA - Chicago**
                                            United States Attorney's Office (NDIL - Chicago)
                                            219 South Dearborn Street
                                            Chicago, IL 60604
                                            Email: USAILN.ECFAUSA@usdoj.gov
                                            *ATTORNEY TO BE NOTICED*
                                            Designation: Assistant US Attorney

                                            **Pretrial Services**
                                            .
                                            (312) 435-5793
                                            Email:
                                            ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
                                            *ATTORNEY TO BE NOTICED*
                                            Designation: Pretrial Services

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2023 | | ARREST of defendant Derrick Stewart, Jr. (jb, ) (Entered: 08/31/2023) |
| 08/29/2023 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Young B. Kim as to defendant Derrick Stewart, Jr. (jb, ) (Entered: 08/31/2023) |
| 08/29/2023 | | ORAL MOTION by USA for pretrial detention as to Derrick Stewart, Jr. (jb, ) (Entered: 08/31/2023) |
| 08/29/2023 | 2 | ORDER as to Derrick Stewart, Jr. Initial appearance and removal proceedings held. Defendant appeared in response to his arrest today. The court finds that Defendant is unable to afford counsel. Enter order appointing Attorney Daniel McLaughlin of the Federal Defender Program as attorney for Defendant. The court advised Defendant of his rights. The government moved for pretrial detention. Government's oral motion for removal in custody is entered and continued. A detention hearing is set for August 31, 2023, at 2:00 p.m. in courtroom 1019. Defendant to remain in custody pending further order of the court. Signed by the Honorable Young B. Kim on 8/29/2023. Mailed notice (jb, ) (Entered: 08/31/2023) |
| 08/29/2023 | 3 | ORDER Appointing Counsel Signed by the Honorable Young B. Kim on 8/29/2023. Mailed notice (jb, ) (Entered: 08/31/2023) |

| 08/29/2023 | 4 | ATTORNEY Appearance for defendant Derrick Stewart, Jr. by Daniel Patrick McLaughlin. (jb, ) (Entered: 08/31/2023) |
| 08/29/2023 | 5 | FINANCIAL Affidavit filed by Derrick Stewart, Jr. (SEALED) (jb, ) Modified on 8/31/2023 (jb, ). (Entered: 08/31/2023) |
| 08/31/2023 | 6 | ORDER as to Derrick Stewart, Jr.: Detention Hearing Held. The government's oral motion for removal in custody is granted. For the reasons stated in open court, the court finds that the government has met its burden to show that Defendant poses a serious risk of nonappearance and danger to the community. Defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with court proceedings. Order Defendant removed in custody to the Northern District of Mississippi forthwith (4:23CR116). Enter Commitment to Another District Signed by the Honorable Young B. Kim on 8/31/2023. Mailed notice (jb, ) (Entered: 09/01/2023) |
| 08/31/2023 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Defendant Derrick Stewart, Jr. committed to Northern District of Mississippi. Signed by the Honorable Young B. Kim on 8/31/2023.Mailed notice (jb, ) (Entered: 09/01/2023) |
| 09/01/2023 | 8 | CERTIFIED and Transmitted to Northern District of Mississippi via email the record consisting of the transmittal letter as to Derrick Stewart, Jr. (jb, ) (Entered: 09/01/2023) |



FILED
8/29/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Maureen B. McCurry (312) 353-8788

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.: 23 CR 467 |
| DERRICK STEWART, JR.<br>also known as "50 SHOT" A/K/A "DJ" A/K/A "JOHN ADAMS" | YOUNG B. KIM<br>Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, MICHAEL DONOHUE, appearing before United States Magistrate Judge YOUNG B. KIM by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that DERRICK STEWART, JR., also known as "50 SHOT" A/K/A "DJ" A/K/A "JOHN ADAMS", has been charged by Indictment in the Northern District of Mississippi with the following criminal offenses: conspiracy, trafficking in firearms, and false statements during the purchase of a firearm, in violation to Title 18, United States Code, Sections 371, 933(a)(2), 933(a)(3), 933(b), and 924(a)(l)(A).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

*Michael Donahue*

**MICHAEL DONOHUE**
Special Agent
Bureau of Alcohol, Tobacco,
Firearms, & Explosives

SWORN TO AND AFFIRMED by telephone this 29th day of August, 202

YOUNG B. KIM
United States Magistrate Judge

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

**RECEIVED**

for the

Northern District of Mississippi

**AUG 1 6 2023**

**U.S. MARSHALS
NORTHERN DISTRICT
OF MISSISSIPPI**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 4:23CR116 |
| DERRICK STEWART, JR. | ) |
| A/K/A "50 SHOT" A/K/A "DJ" A/K/A "JOHN ADAMS" | ) |
| *Defendant* | ) |

2342-0816.0912-J

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     DERRICK STEWART, JR.  A/K/A "50 SHOT" A/K/A "DJ" A/K/A "JOHN ADAMS"                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY, TRAFFICKING IN FIREARMS,
FALSE STATEMENT DURING THE PURCHASE OF A FIREARM

Date:   08/16/2023

_____
**Deputy Clerk**
*Issuing officer's signature*

City and state:     Oxford, Mississippi

_____
David Crews, Clerk of Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____         _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 4:23-CR- 116

DERRICK STEWART, JR. A/K/A "50 SHOT" A/K/A "DJ"
    A/K/A "JOHN ADAMS"
RONNELL PRATT A/K/A "PJ"
JARVIS HOOD

                                   18 U.S.C. § 2
                                   18 U.S.C. § 371
                                   18 U.S.C. § 922(a)(5)
                                   18 U.S.C. § 924(a)(1)(A)
                                   18 U.S.C. § 933(a)(2)
                                   18 U.S.C. § 933(a)(3)
                                   18 U.S.C. § 933(b)

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From a time unknown to the Grand Jury, but at least beginning on or about July 2, 2021,

up until on or about November 1, 2022, in the Northern District of Mississippi and elsewhere,

the defendants, DERRICK STEWART, JR., RONNELL PRATT AND JARVIS HOOD, along

with Jalene Jamon Young and Markeveon Jarice Lemond Brown, not defendants in this

Indictment, knowingly and willfully conspired and agreed with each other and with other persons

both known and unknown to the Grand Jury, to commit offenses against the United States, that

is:

a)  Making a False Statement During Purchase of a Firearm, in violation of Title 18, Section

924(a)(1)(A).

b) Transfer by Unlicensed Dealer of a Firearm to a Person Residing Outside of Unlicensed

Dealer's State of Residence, in violation of Title 18, United States Code, Section 922(a)(5).

## MANNER AND MEANS

1.   It was part of the conspiracy that the co-conspirators would and did play different roles in the conspiracy, take upon themselves different tasks, and participate in making false statements in connection with the purchase of a firearm, transferring firearms to persons residing in another state and firearms trafficking, in Washington County and Madison County, Mississippi; Cook County, Illinois; and locations unknown to the Grand Jury.

    a.  It was part of the conspiracy that DERRICK STEWART, JR. AND RONNELL PRATT were residents of the State of Illinois.

    b.  It was further part of the conspiracy that DERRICK STEWART, JR. AND RONNELL PRATT would recruit and use other persons who were residents of the Northern District of Mississippi, including JARVIS HOOD, Jalene Jamon Young and Markeveon Jarice Lemond Brown, who are not defendants in this Indictment, to purchase firearms from licensed firearms dealers in the Northern District of Mississippi and elsewhere. Such persons are known as "straw purchasers" of firearms because they serve as intermediaries for a person who cannot buy or own a firearm, or who wants to conceal his purchase of a firearm.

    c.  It was part of the conspiracy that DERRICK STEWART, JR., RONNELL PRATT, JARVIS HOOD, Jalene Jamon Young and Markeveon Jarice Lemond Brown are not federally firearms licensed dealers.

d. It was part of the conspiracy that certain co-conspirators would provide United States currency to other co-conspirators to fund purchases of firearms from federal firearms licensees.

e. It was part of the conspiracy that certain co-conspirators were drivers which assisted in the transportation of purchasers to federal firearms licensees.

f. It was part of the conspiracy that certain co-conspirators booked and funded transportation for other co-conspirators which assisted in the transport of firearms to another state.

g. It was part of the conspiracy that after purchasing firearms, certain co-conspirators would transfer the firearms to other co-conspirators who resided in another state, namely Illinois.

h. It was part of the conspiracy that certain co-conspirators would utilize social media to discuss pricing of firearms to sell post-purchase and to discuss travel arrangements from Mississippi to Chicago, Illinois.

i. It was part of the conspiracy that after receiving the firearms, certain co-conspirators, including DERRICK STEWART, JR. would travel by Amtrak train from the Northern District of Mississippi to Chicago, Illinois.

j. It was part of the conspiracy that after receiving and transporting the firearms to the State of Illinois, certain co-conspirators would transfer or sell the firearms to other individuals in the State of Illinois.

–3–

## OVERT ACTS

2.      During the conspiracy one or more co-conspirators committed one or more of the following overt acts in furtherance of the conspiracy:

a. On or about July 2, 2021, July 3, 2021, and July 19, 2021, DERRICK STEWART, JR. provided United States currency to Markeveon Jarice Lemond Brown, not a defendant in this Superseding Indictment, for purchases of multiple firearms from Bullfrog Corner Pawn, in Horn Lake, Desoto County, Mississippi and Renegade Firearms in Greenville, Washington County, Mississippi.

b. During the purchases, Markeveon Jarice Lemond Brown represented to federal firearms licensee employees on ATF Forms 4473 documenting said purchases that he was the actual buyer of the firearms.

c. On the dates listed in paragraph (a), Markeveon Jarice Lemond Brown transferred the firearms he purchased to DERRICK STEWART, JR., a resident of the State of Illinois.

d. On or about March 16, 2022, April 14, 2022, June 15, 2022, July 13, 2022, July 14, 2022, July 20, 2022, and other dates, DERRICK STEWART, JR. AND RONNELL PRATT provided United States currency to Jalene Jamon Young, not a defendant to this Indictment, for purchases of multiple firearms from Renegade Firearms in Greenville, Washington County, Mississippi.

e. During the purchases, Jalene Jamon Young represented to federal firearms licensee employees on ATF Forms 4473 documenting said purchases that he was the actual buyer of the firearms.

–4–

f.  On the dates listed in paragraph (d), Jalene Jamon Young transferred the firearms he purchased to DERRICK STEWART, JR. AND RONNELL PRATT, residents of the State of Illinois.

g.  Specifically, on or about July 14, 2022, DERRICK STEWART, JR., RONNELL PRATT, Jalene Jamon Young and Markeveon Jarice Lemond Brown, not defendants to this Indictment, traveled in a vehicle to Renegade Firearms in Greenville, Mississippi.

h.  Prior to the July 14, 2022, firearms purchase, DERRICK STEWART, JR. provided United States currency to Jalene Jamon Young to purchase firearms at Renegade Firearms. On this date, Markeveon Jarice Lemond Brown accompanied Young into the store. Brown then exited the store and RONNELL PRATT provided United States currency to Brown for Jalene Jamon Young to complete the sale. After the sale, the firearms were transferred to DERRICK STEWART, JR.

i.  On or about September 20, 2022, RONNELL PRATT provided a screenshot of an Amtrak travel reservation to JARVIS HOOD via Facebook messenger and asked, "you on?" JARVIS HOOD responded, "Yea."

j.  On or about September 27, 2022, JARVIS HOOD purchased three firearms at Academy Sports in Madison, Mississippi. On the same day, JARVIS HOOD sent a Facebook message to RONNELL PRATT stating, "book me a ticket" and "you booked it."

–5–

k. On or about September 28, 2022, JARVIS HOOD was arrested in Chicago, Illinois.

l. On or about September 30, 2022, JARVIS HOOD and DERRICK STEWART, JR. exchanged Facebook messenger communications discussing the selling or transfer of firearms and that the profit would be split between the two and RONNELL PRATT.

All in violation of Title 18, Section 371.

## COUNT TWO

From on or about July 2, 2021, to on or about November 1, 2022, in the Northern District of Mississippi and elsewhere, the defendants, DERRICK STEWART, JR. AND RONNELL PRATT did combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to attempt to receive and receive from another person, in or otherwise affecting interstate or foreign commerce, one or more firearms, knowing or having reasonable cause to believe that such receipt would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(2) and (3).

## COUNT THREE

On or about April 13, 2022, in the Northern District of Mississippi, DERRICK STEWART, JR. AND RONNELL PRATT did aid and abet Jalene Jamon Young, not a defendant to this Indictment, who knowingly made a false statement and representation to a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Renegade Firearms, in that the defendant did execute a Department of

–6–

Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, in connection with the purchase of a Glock model 22 40 S&W caliber pistol and a Glock model 23 40 S&W caliber pistol, certifying that he was the actual buyer of the firearms, whereas in truth and in fact, he was purchasing the firearms for another individual, including DERRICK STEWART, JR., in violation of Title 18, United States Code, Sections 2 and 924(a)(1)(A).

## COUNT FOUR

On or about June 15, 2022, in the Northern District of Mississippi, DERRICK STEWART, JR. AND RONNELL PRATT did aid and abet Jalene Jamon Young, not a defendant to this Indictment, to knowingly made a false statement and representation to a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Renegade Firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, in connection with the following firearms:

| Make | Model | Caliber |
|------|-------|---------|
| Glock | 22 | 40 S&W |
| Glock | 22 | 40 S&W |
| Glock | 30 | 45 ACP |
| Glock | 27 | 40 S&W |
| Glock | 21 | 45 ACP |
| Glock | 20 | 10mm |

certifying that he was the actual buyer of the firearms, whereas in truth and in fact, he was purchasing the firearms for another individual, including DERRICK STEWART, JR., in violation of Title 18, United States Code, Sections 2 and 924(a)(1)(A).

–7–

### COUNT FIVE

On or about July 13, 2022, in the Northern District of Mississippi, DERRICK STEWART, JR. AND RONNELL PRATT did aid and abet Jalene Jamon Young, not a defendant to this Indictment, to knowingly made a false statement and representation to a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Renegade Firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, in connection with the following firearms:

| Make | Model | Caliber |
|------|-------|---------|
| Glock | 27 | 40 S&W |
| Glock | 26 | 9mm |
| Glock | 19 | 9mm |
| Glock | 22 | 40 S&W |
| Glock | 23 | 40 S&W |
| Glock | 45 | 9mm |

certifying that he was the actual buyer of the firearms, whereas in truth and in fact, he was purchasing the firearms for another individual, in violation of Title 18, United States Code, Sections 2 and 924(a)(1)(A).

### COUNT SIX

On or about July 14, 2022, in the Northern District of Mississippi, DERRICK STEWART, JR. AND RONNELL PRATT did aid and abet Jalene Jamon Young, not a defendant to this Indictment, to knowingly made a false statement and representation to a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to

–8–

information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Renegade Firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, in connection with the purchase of two Glock model 30, 45 caliber pistols, certifying that he was the actual buyer of the firearms, whereas in truth and in fact, he was purchasing the firearms for another individual, including DERRICK STEWART, JR., in violation of Title 18, United States Code, Sections 2 and 924(a)(1)(A).

**COUNT SEVEN**

On or about July 20, 2022, in the Northern District of Mississippi, DERRICK STEWART, JR. AND RONNELL PRATT did aid and abet Jalene Jamon Young, not a defendant to this Indictment, to knowingly made a false statement and representation to a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Renegade Firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, in connection with the purchase of the following firearms:

| Make | Model | Caliber |
|------|-------|---------|
| Glock | G30 | 45 ACP |
| Glock | G36 | 45 ACP |
| Glock | G21 | 45 ACP |
| Glock | G23 | 40 S&W |
| Glock | G23 | 40 S&W |
| Glock | G17 | 9mm |
| Glock | G17 | 9mm |

–9–

certifying that he was the actual buyer of the firearms, whereas in truth and in fact, he was purchasing the firearms for another individual, including DERRICK STEWART, JR., in violation of Title 18, United States Code, Sections 2 and 924(a)(1)(A).

**A TRUE BILL:**

**CLAY JOYNER**
**UNITED STATES ATTORNEY**

/s/ Redacted Signature
**FOREPERSON**

–10–

RECEIVED

AUG 15 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 4:23-CR- 116

DERRICK STEWART, JR. A/K/A "50 SHOT" A/K/A "DJ"
   A/K/A "JOHN ADAMS"
RONNELL PRATT A/K/A "PJ"
JARVIS HOOD
                                            18 U.S.C. § 2
                                            18 U.S.C. § 371
                                            18 U.S.C. § 922(a)(5)
                                            18 U.S.C. § 924(a)(1)(A)
                                            18 U.S.C. § 933(a)(2)
                                            18 U.S.C. § 933(a)(3)
                                            18 U.S.C. § 933(b)

## NOTICE OF PENALTIES

### Count One – 18 U.S.C. § 371

Not more than 5 years imprisonment              18 U.S.C. § 371;
Not more than $250,000 fine, or both            18 U.S.C. § 3571 (b)(3);
Not more than 3 years supervised release        18 U.S.C. § 3583 (b)(2);
$100 special assessment                         18 U.S.C. § 3013 (a)(2)(A).

### Count Two – 18 U.S.C. §§ 933(a)(2), (3) and (b)

Not more than 15 years imprisonment             18 U.S.C. § 933(b)
Not more than $250,000 fine, or both            18 U.S.C. § 3571 (b)(3);
Not more than 3 years supervised release        18 U.S.C. § 3583 (b)(2);
$100 special assessment                         18 U.S.C. § 3013 (a)(2)(A).

### Counts Three, Four, Five, Six and Seven  - 18 U.S.C. § 924(a)(1)(A)

NMT 5 years imprisonment                        18 U.S.C. § 924(a)(1)(A);
NMT $250,000 fine                               18 U.S.C. § 3571(b)(3);
NMT 3 years supervised release                  18 U.S.C. § 3583(b)(2);
$100 special assessment                         18 U.S.C. § 3013(a)(2)(A).

--11--

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | | ) |
| | | ) |
| | Plaintiff, | ) No 1:23-cr-00467-1 |
| | | ) |
| v. | | ) |
| | | ) |
| Derrick Stewart | | ) Magistrate Judge Young B. Kim |
| | Defendant. | ) |
| | | ) |
| | | ) |

### ORDER

Initial appearance and removal proceedings held. Defendant appeared in response
to his arrest today. The court finds that Defendant is unable to afford counsel.
Enter order appointing Attorney Daniel McLaughlin of the Federal Defender
Program as attorney for Defendant. The court advised Defendant of his rights. The
government moved for pretrial detention. Government's oral motion for removal in
custody is entered and continued. A detention hearing is set for August 31, 2023, at
2:00 p.m. in courtroom 1019. Defendant to remain in custody pending further order
of the court.
(T:00:11)

Date: <u>August 29, 2023</u>

_____
**Young B. Kim**
**United States Magistrate Judge**

# United States District Court

### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA      )
                         )
       vs.             )    NO. ___23 CR 467___

Derrick Stewart Jr.      )
_____ )
                         )
_____ )

### ORDER APPOINTING COUNSEL
### FOR REMOVAL PROCEEDINGS

The above-named defendant has testified under oath or has filed with the court an Affidavit of Financial Status and thereby satisfied this court that he or she is financially unable to employ counsel.

Accordingly, the FEDERAL DEFENDER PROGRAM is hereby appointed to represent this defendant in the above designated case unless relieved by an order of this court or by order of the court of appeals.

ENTER:

DATE: _August 29, 2023_

_____
Signature of U.S. District Court Judge,
Magistrate Judge (or Clerk or Deputy
Clerk by order of the Court)

**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: UC J.   Case Number: 23 CR 467
Derrick Stewart Jr.

An appearance is hereby filed by the undersigned as attorney for:

Derrick Stewart Jr.

FILED

AUG 29 2023

MAGISTRATE JUDGE
YOUNG B. KIM

Attorney name (type or print):

Firm: Daniel P McLaughlin
55 E Monroe, #2800
Chicago, IL 60603

Street address:

City/State/Zip:

Bar ID Number: 6283502   Telephone Number: 312-621-8300
(See item 3 in instructions)

Email Address: daniel_mclaughlin@fd.org

Are you acting as lead counsel in this case?  ☒ Yes  ☐ No

Are you acting as local counsel in this case?  ☐ Yes  ☒ No

Are you a member of the court's trial bar?  ☒ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?  ☒ Yes  ☐ No

If this is a criminal case, check your status.  ☐ Retained Counsel
☒ Appointed Counsel
If appointed counsel, are you
☒ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on   8/29/2023

Attorney signature:   S/
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Plaintiff, | ) | No 1:23-cr-00467-1 |
| | ) | |
| v. | ) | |
| | ) | |
| Derrick Stewart, Jr. | ) | Magistrate Judge Young B. Kim |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

Detention Hearing Held.  The government's oral motion for removal in custody is granted.  For the reasons stated in open court, the court finds that the government has met its burden to show that Defendant poses a serious risk of nonappearance and danger to the community.  Defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with court proceedings. Order Defendant removed in custody to the Northern District of Mississippi forthwith (4:23CR116). Enter Commitment to Another District.
(T:00:25)

Date: <u>August 31, 2023</u>

_____
Young B. Kim
**United States Magistrate Judge**

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
Northern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Derrick Stewart, Jr | ) | Case No.  23 CR 467 |
| also known as "50 SHOT" A/K/A "DJ" A/K/A "JOHN ADAMS" | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No.  4:23cr116 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ Northern _____ District of _Mississippi_ ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____.

The defendant: ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: _____ 08/31/2023 _____

_____
*Judge's signature*

Young B. Kim United States Magistrate Judge
*Printed name and title*