IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:23-CR-116

DERRICK STEWART, JR. A/K/A "50 SHOT" A/K/A "DJ"
A/K/A "JOHN ADAMS"  DEFENDANT

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. GUILTY PLEA: The defendant agrees to plead guilty under oath to Count 1 of the Indictment, which charges in part as follows:

From a time unknown to the Grand Jury, but at least beginning on or about July 2, 2021, up until on or about November 1, 2022, in the Northern District of Mississippi and elsewhere, the defendants, DERRICK STEWART, JR., RONNELL PRATT AND JARVIS HOOD, along with Jalene Jamon Young and Markeveon Jarice Lemond Brown, not defendants in this Indictment, knowingly and willfully conspired and agreed with each other and with other persons both known and unknown to the Grand Jury, to commit offenses against the United States, that is:

a) Making a False Statement During Purchase of a Firearm, in violation of Title 18, Section 924(a)(1)(A).

b) Transfer by Unlicensed Dealer of a Firearm to a Person Residing Outside of Unlicensed Dealer's State of Residence, in violation of Title 18, United States Code, Section 922(a)(5). All

in violation of Title 18, United States Code, Section 371.

Count One carries possible penalties of not more than five years imprisonment, a $250,000 fine, three years supervised release and a $100 special assessment.

Defendant further agrees to plead guilty under oath to Count Two of the Indictment, which charges as follows:

From on or about July 2, 2021, to on or about November 1, 2022, in the Northern District of Mississippi and elsewhere, the defendants, DERRICK STEWART, JR. AND RONNELL PRATT did combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to attempt to receive and receive from another person, in or otherwise affecting interstate or foreign commerce, one or more firearms, knowing or having reasonable cause to believe that such receipt would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(2) and (3).

Count Two carries possible penalties of not more than fifteen years imprisonment, a $250,000 fine, three years supervised release and a $100 special assessment.

2. OTHER CHARGES: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge. Counts Three through Seven would be dismissed upon sentencing.

3. OTHER AUTHORITIES: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

4. VIOLATIONS OF THIS AGREEMENT: If defendant violates this agreement, all

statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

5. ACKNOWLEDGMENTS: Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty. This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty.

This the 26th day of February, 2024.

Clay Joyner
United States Attorney
MS Bar No. 10316

AGREED AND CONSENTED TO:

D. Stewart
Derrick Stewart, Jr.
Defendant

APPROVED:

Derrick T. Simmons
Attorney for Defendant
Mississippi Bar No. 102067